UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CR356 HEA |
| | ) | |
| JESSICA HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter previously set for

February 15, 2012, is reset to Thursday, March 22, 2012, at 10:30 a.m. in the courtroom of the

undersigned.

Dated this 7th day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE